IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL BULLARD, [54075-066],** | : | **CIVIL ACTION** |
| Petitioner | : | |
| | : | |
| v. | : | **NO. 05-181** |
| | : | |
| **COMMONWEALTH OF** | : | |
| **PENNSYLVANIA, et al.,** | : | |
| Respondents. | : | |

# O R D E R

**STENGEL, J.**

    **AND NOW**, this _____ day of August, 2005, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, the Government's Response and Petitioner's Reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus (Doc. No. 3) is **DENIED** with prejudice;

3. A certificate of appealability **SHALL NOT** issue because we do not believe Petitioner has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4. The Clerk of the Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
LAWRENCE F. STENGEL, J.